UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MERRICK CARTER (#314080)**                                   **CIVIL ACTION**

**VERSUS**

**BURL CAIN - HEAD WARDEN, ET AL.**                            **NO. 07-0116-JVP-DLD**

**O R D E R**

Upon a review of the defendants' pending motion for summary judgment, rec.doc.no. 30, wherein they assert that the plaintiff has failed to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, it appears that the defendants have referred only to the plaintiff's administrative remedy proceeding No. LSP-2006-3419. In a supplemental pleading filed with the Court, however, rec.doc.no. 12, the plaintiff has made reference to other administrative remedy proceedings filed by him wherein the same or similar claims are apparently asserted, specifically to administrative remedy proceedings nos. LSP-2007-1497, LSP-2007-2309, LSP-2007-2932 and LSP-2007-2954. Considering that the Court does not have before it copies of these additional administrative remedy proceedings, it is appropriate that the record be supplemented with copies of these additional administrative remedy proceedings and that the parties have an opportunity to address the applicability or inapplicability of these administrative remedy proceedings to the plaintiff's claims. Accordingly,

**IT IS ORDERED** that, within twenty (20) days of the date of this Order, the defendants shall supplement the record with certified copies of the plaintiff's administrative remedy proceedings nos. LSP-2007-1497, LSP-2007-2309, LSP-2007-2932 and LSP-2007-2954 (and provide the plaintiff with a copy of same).

**IT IS FURTHER ORDERED** that, within twenty (20) days of the date of this Order, the defendants shall file a supplemental memorandum addressing the applicability or inapplicability of these additional administrative remedy proceedings to the plaintiff's claims, after which the plaintiff

shall have twenty (20) days to file a memorandum in opposition or in response to the defendants' motion for summary judgment.

Signed in Baton Rouge, Louisiana, on December 2, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**